UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

NEW YORK SPOT, INC.,

Case No.: 12-48530 (CEC)

Debtor.
---------------------------------------------------------x

## Affidavit of Proof of Payment

STATE OF NEW YORK        )
                          ) ss.:
COUNTY OF NEW YORK       )

**JENNA STRAUSS**, hereby certifies as follows:

1.      I am not a party to the action, am over 18 years of age and make my principal place of business at 1501 Broadway, 22nd Floor, New York, NY 10036.

2.      On **February 8, 2013,** the Debtor paid its Real Estate Tax Obligation for the period commencing January 1, 2013 in the amount of $25,483.06. I hand delivered a check in that amount to the New York City Department of Finance. The payment was processed in my presence, and I received the attached receipt as confirmation of payment.

3.      On **February 7, 2013** counsel for West 22nd LLC acknowledged receipt of a wire transfer in the amount of $57, 720.00. A copy of his e-mail confirmation is attached hereto.

JENNA STRAUSS

Sworn to before me this
8th day of February, 2013

NOTARY PUBLIC

YEN LUU
Notary Public, State Of New York
No. 01LU6080063
Qualified In Kings County
Commission Expires Sept. 3, 20 14



# Quarterly Statement

### Activity through November 30, 2012

**Owner name:** NEW YORK SPOT INC.
**Property address:** 442 W. 22ND ST.
**Borough, block & lot:** MANHATTAN (1), 00719, 0066

**Mailing address:**
NEW YORK SPOT INC.
442 W. 22ND ST.
NEW YORK, NY 10011-2573

## Statement Billing Summary

| | |
|---|---:|
| Previous charges | $200.00 |
| Amount paid | $0.00 |
| Interest | $0.00 |
| **Unpaid charges, if any** | **$200.00** |
| | |
| Current charges | $32,044.06 |
| | |
| **Total amount due by January 2, 2013** | **$32,244.06** |

RECEIPT : MP030073435

DEPARTMENT OF FINANCE
MANHATTAN PAYMENT CENTER
66 JOHN STREET
NEW YORK
2ND FLOOR

CASHIER: NYC1792
TOTAL DUE: $25,483.06

2/8/2013 10:19:45 AM
1 SALE ITEM

| ITEM DESCRIPTION | | | TOTAL |
|---|---|---|---|
| 3003 MANHATTAN PTX 3rd Qtr. Current | | | $25,483.06 |
| GBL    ACT.TYP    IN DT    PD BEG DT | | | |
| 1-00719-0066 270    02/08/2013 01/01/2013 | | | |

| | |
|---|---|
| PTX SUBTOTAL: | $25,483.06 |
| SUBTOTAL: | $25,483.06 |
| TAX: | $0.00 |
| TOTAL DUE: | $25,483.06 |

1 PAYMENT ITEM
Business Check 001323    $25,483.06

| | |
|---|---|
| TOTAL DUE: | $25,483.06 |
| AMOUNT RECEIVED: | $25,483.06 |

T H A N K   Y O U

Don't wait in line.
Visit www.nyc.gov/finance and click PAY ONLINE.

...e bill pay site?
It's safe, fast, and easy!  See reverse side for details.

**Jenna Strauss**

| | |
|---|---|
| **From:** | Mark Frankel <mfrankel@bfklaw.com> |
| **Sent:** | Thursday, February 07, 2013 5:23 PM |
| **To:** | tdonovan@gwfglaw.com; jstrauss@gwfglaw.com |
| **Subject:** | New York Spot |

This will confirm that we received the $57,720 wired into our IOLA account.

Best Regards,

Mark Frankel
Backenroth Frankel & Krinsky, LLP
489 Fifth Avenue
New York, New York  10017
Tel:  (212) 593-1100
Fax: (212) 644-0544


No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2221 / Virus Database: 2637/5521 - Release Date: 01/09/13
Internal Virus Database is out of date.