# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN•
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS•
ROBERT W. LO SCHIAVO•
ELIZABETH SMITH••¹
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK•
ARTHUR A. HIRSCHLER
STEPHEN BORDANARO
DANIEL J. SLATZ
AUBREY E. RICCARDI•
ANTHONY J. SCHLUR
ALLISON B. ROSENBERG
GERALD BUKARY
RANDI K. STEMPLER¹
SAMANTHA KARNI
ELI RAIDER
THOMAS M. SWEENEY
RONALD G. NELSON
SERGIO J. TUERO•
CHRISTOPHER R. CLARKE
ELVIRA BARISANO
JANA SPERRY
ADAM MICHAEL LEVY
JONATHAN E. SAMON
SAMUEL P. SROKA

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

• ALSO MEMBER OF NEW JERSEY BAR
• ALSO MEMBER OF TEXAS BAR
¹ ALSO MEMBER OF MASSACHUSETTS BAR

J. Ted Donovan, Esq.
Direct Dial (212) 301-6943
Facsimile (212) 422-6836
TDonovan@GWFGLaw.com

April 2, 2013

**Via ECF**
Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   New York Spot, Inc.
      Case No. 12-48530 (CEC)

Dear Judge Craig:

I write to request a brief extension of the time in which the Debtor may file an appraisal of its real property, from April 2, 2013 to April 12, 2013.

At the recent status conference, the Debtor and its secured creditor, West 22nd LLC, agreed to a briefing schedule concerning issues raised with respect to the Debtor's plan and disclosure statement, which schedule was memorialized in an Order entered on March 15, 2013. However, we did not realize at the time that the schedule overlapped with Passover.

In compliance with the Scheduling Order, the Debtor filed an amended plan and amended disclosure statement on March 18, 2013. While the Debtor has made arrangements for an appraisal to be prepared, the report has been delayed both because the appraiser needs to obtain access to the property through the receiver, and because of the Passover holiday.

West 22nd LLC has until May 2, 2013 to file its objection to the amended disclosure statement, so there will still be ample time for it to review the appraisal report if the deadline is extended. Moreover, as the next hearing is not scheduled until May 22, 2013, it will be possible to adjust the schedule without adjourning the hearing, should West 22nd LLC require a short extension itself.

In anticipation of this potential scheduling issue, I sent an e-mail to Mark Frankel, counsel for West 22 LLC, last week, but have not heard back from him; nor has he returned my telephone messages yesterday or this morning.

Very truly yours,

J. Ted Donovan

Cc:   Mark Frankel, Esq. (via e-mail)
      William Curtin, Esq. (via e-mail)