UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re NEW YORK SPOT, INC.  
    Debtor

Case No. 12-48530 (CEC)  
Reporting Period: 1/1/13 - 1/31/13

Federal Tax I.D. # 90-0744706

## SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | x | |
|    Cash disbursements journals | | x | |
| Statement of Operations | MOR-2 (RE) | x | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief, having been prepared based upon information provided to me by the Receiver, Gregory Soumas.

Signature of Debtor            Date

Signature of Authorized Individual*         Date 3/19/2013 4-9-13
Yehuda Nelkenbaum
Printed Name of Authorized Individual      Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR-1 (RE)
2/2006

In re NEW YORK SPOT, INC.
    Debtor

Case No. 12-48530 (CEC)
Reporting Period: 1/1/13-1/31/13

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
|  | Recevier operating | Receiver Savings | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $48,098.45 | $325.30 |  | $48,423.75 |
| RECEIPTS |  |  |  |  |
| CASH SALES |  |  |  |  |
| ACCOUNTS RECEIVABLE - PREPETITION |  |  |  |  |
| ACCOUNTS RECEIVABLE - POSTPETITION |  |  |  |  |
| LOANS AND ADVANCES |  |  |  |  |
| RENTS | $2,020.92 |  |  | $2,020.92 |
| INTEREST |  | $0.01 |  | $0.01 |
| TRANSFERS (FROM DIP ACCTS) |  |  |  |  |
| TOTAL RECEIPTS | $2,020.92 | $0.01 |  | $2,020.93 |
| DISBURSEMENTS |  |  |  |  |
| NET PAYROLL |  |  |  |  |
| PAYROLL TAXES |  |  |  |  |
| SALES, USE, & OTHER TAXES |  |  |  |  |
| INVENTORY PURCHASES |  |  |  |  |
| SECURED/ RENTAL/ LEASES |  |  |  |  |
| INSURANCE |  |  |  |  |
| ADMINISTRATIVE |  |  |  |  |
| SELLING |  |  |  |  |
| OTHER (ATTACH LIST) | $6,585.82 |  |  |  |
| OWNER DRAW * |  |  |  |  |
| TRANSFERS (TO DIP ACCTS) |  |  |  |  |
| PROFESSIONAL FEES |  |  |  |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  |  |
| COURT COSTS |  |  |  |  |
| TOTAL DISBURSEMENTS | $6,585.82 | $0.00 |  | $6,585.82 |
|  |  |  |  |  |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | -$4,564.90 | $0.01 |  | -$4,564.89 |
|  |  |  |  |  |
| CASH – END OF MONTH | $43,533.55 | $325.31 |  | $43,858.86 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $6,585.82 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS |  |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) |  |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $6,585.82 |

# Bank Reconciliation Report
## Gregory Soumas As Receiver For Intervest New York Spot Inc

Balance Per Bank Statement as of 01/31/2013        $43,858.86

Reconciled Bank Balance        $ 43,858.86

Balance as Per GL as of 01/31/2013        $ 43,858.86

Reconciled Balance as per GL        $ 43,858.86

Difference        $    -

## Cleared Items

### Interest Payments                                    *Account Ending 7662*

| Date | Description | Amount | Date Cleared |
|---|---|---|---|
| 1/31/2013 | Chase - Interest Payment | $0.01 | 1/31/2013 |

### Cleared Deposits                                    *Account Ending 9411*

| Date | Description | Amount | Date Cleared |
|---|---|---|---|
| 1/4/2013 | Jonathan Berman | $ 875.00 | 1/4/2013 |
| 1/4/2013 | David Foy | $ 270.92 | 1/4/2013 |
| 1/30/2013 | Jonathan Berman | $ 875.00 | 1/30/2013 |
| | Total | $ 2,020.92 | |

### Cleared Checks                                    *Account Ending 9411*

| Date | Description | Amount | Date Cleared |
|---|---|---|---|
| 1/25/2013 | Chk 1278 - Metro NY Boiler | $ 500.83 | 1/25/2013 |
| 1/25/2013 | Chk 1279 - Metro NY Boiler | $ 244.97 | 1/25/2013 |
| 1/25/2013 | Chk 1282 - Denham Electrical | $ 550.00 | 1/25/2013 |
| 1/28/2013 | Chk 1277 - Tommy Smith | $ 400.00 | 1/28/2013 |
| 1/29/2013 | Chk 1283 - Con Edison | $ 3,406.10 | 1/29/2013 |
| 1/29/2013 | Chk 1284 - Con Edison | $ 989.92 | 1/29/2013 |
| 1/30/2013 | Chk 1280 - Garber Atlas Fries | $ 494.00 | 1/30/2013 - |
| | Total | $ 6,585.82 | |

In re NEW YORK SPOT INC.  
Debtor

Case No. 12-48530 (CEC)  
Reporting Period: 1/1/13-1/31/13

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Rental Income | $2,020.92 | $3,560.92 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $2,020.92 | $3,560.92 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | $1,295.80 | $1,295.80 |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | $494.00 | $494.00 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | $4,396.02 | $4,396.02 |
| Other *(attach schedule)* | $400.00 | $400.00 |
| Total Operating Expenses Before Depreciation | $6,585.82 | $6,585.82 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $6,585.82 | $6,585.82 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | -$4,564.90 | -$3,024.90 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -$4,564.90 | -$3,024.90 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re NEW YORK SPOT INC.      Case No. 12-48530 (CEC)
      Debtor                Reporting Period: 1/1/13-1/31/13

### BREAKDOWN OF "OTHER" CATEGORY

**OTHER OPERATIONAL EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**OTHER INCOME**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**OTHER EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**OTHER REORGANIZATION EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 01, 2013 through January 31, 2013
Primary Account: 000000929289411

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00027290 1 AV 0.36

00027290 DRI 802 14203213 NNNNNNNNNNN P 1 000000000 69    T1034636 P24076
GREGORY SOUMAS AS RECEIVER FOR INTERVEST
NEW YORK SPOT INC
NYC MANAGEMENT ATTN SANJAY G
381 PARK AVE S FL 15
NEW YORK NY 10016-8806



## IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT

We will be making the following changes to the Deposit Account Agreement for Chase checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice relating to your account, even if the account has more than one owner.
- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe circumstances where funds may not be available until the seventh business day after the day of deposit. We are deleting the sentence saying that the first $200 from your deposit will be available on the next business day, so if we delay availability in those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about the changes, please call us at the number on this statement or visit your nearest branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessClassic | 000000929289411 | $48,098.45 | $43,533.55 |
| Chase Business Select High Yield Savings | 000002983507662 | 325.30 | 325.31 |
| **Total** | | **$48,423.75** | **$43,858.86** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$48,423.75** | **$43,858.86** |

All Summary Balances shown are as of January 31, 2013 unless otherwise stated.    For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.


**CHASE**

January 01, 2013 through January 31, 2013
Primary Account: 000000929289411

## CHASE BUSINESSCLASSIC

GREGORY SOUMAS AS RECEIVER FOR INTERVEST
NEW YORK SPOT INC

Account Number: 000000929289411

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $48,098.45 |
| Deposits and Additions | 2 | 2,020.92 |
| Checks Paid | 7 | - 6,585.82 |
| **Ending Balance** | **9** | **$43,533.55** |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | Deposit  1057244254 | $1,145.92 |
| 01/30 | Deposit  1109523447 | 875.00 |
| **Total Deposits and Additions** | | **$2,020.92** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1277 ^ | | 01/28 | $400.00 |
| 1278 ^ | | 01/25 | 500.83 |
| 1279 ^ | | 01/25 | 244.97 |
| 1280 ^ | | 01/30 | 494.00 |
| 1282 *^ | | 01/25 | 550.00 |
| 1283 ^ | | 01/29 | 3,406.10 |
| 1284 ^ | | 01/29 | 989.92 |
| **Total Checks Paid** | | | **$6,585.82** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Case 1-12-48530-cec    Doc 36    Filed 04/10/13    Entered 04/10/13 09:44:37

**CHASE** 🅞

January 01, 2013 through January 31, 2013
Primary Account: **000000929289411**



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/04 | $49,244.37 |
| 01/25 | 47,948.57 |
| 01/28 | 47,548.57 |
| 01/29 | 43,152.55 |
| 01/30 | 43,533.55 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 2 |
| Deposited Items | 3 |
| **Transaction Total** | **12** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $20.00 |
| Service Fee Credit | -$20.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

GREGORY SOUMAS AS RECEIVER FOR INTERVEST            Account Number: 000002983507662
NEW YORK SPOT INC

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $325.30 |
| Deposits and Additions | 1 | 0.01 |
| **Ending Balance** | **1** | **$325.31** |
| Annual Percentage Yield Earned This Period | | 0.04% |
| Interest Earned This Period | | $0.01 |
| Interest Paid Year-to-Date | | $0.01 |

Interest paid in 2012 for account 000002983507662 was $0.12.

The monthly service fee for this account was waived as an added feature of Chase BusinessClassic account.

# CHASE ◯

January 01, 2013 through January 31, 2013

Primary Account: 000000929289411

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $325.30 |
| 01/31 | Interest Payment | 0.01 | 325.31 |
|  | Ending Balance |  | $325.31 |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessClassic account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.



ACCOUNT # 000000929289411

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

### Check 1277
GREGORY SOUMAS AS RECEIVER FOR INTERVES
377 BROADWAY FL 8
NEW YORK NY 10013-3907
01.24.13
Pay to TOMMY SMITH $400.00
FOUR HUNDRED
CHASE ◯
Dec 15 - Jan 14
003880721380 JAN 28 #0000001277 $400.00

### Check 1278
GREGORY SOUMAS AS RECEIVER FOR INTERVES
377 BROADWAY FL 8
NEW YORK NY 10013-3907
01.24.13
Pay to METRO NY BOILER $500.83
FIVE HUNDRED
CHASE ◯
#19
001190817983 JAN 25 #0000001278 $500.83

### Check 1279
GREGORY SOUMAS AS RECEIVER FOR INTERVES
377 BROADWAY FL 8
NEW YORK NY 10013-3907
01.24.13
Pay to METRO NY BOILER $244.97
TWO HUNDRED FORTY FOUR
CHASE ◯
INV # 03
001190817984 JAN 25 #0000001279 $244.97

### Check 1280
GREGORY SOUMAS AS RECEIVER FOR INTERVES
377 BROADWAY FL 8
NEW YORK NY 10013-3907
01.24.13
Pay to GRABER ATLAS TILES $494.00
FOUR HUNDRED NINETY FOUR
CHASE ◯
INV # 80606
006090129350 JAN 30 #0000001280 $494.00

### Check 1282
GREGORY SOUMAS AS RECEIVER FOR INTERVES
377 BROADWAY FL 8
NEW YORK NY 10013-3907
01.24.13
Pay to DENHAM ELECTRIC $550.00
FIVE HUNDRED FIFTY
CHASE ◯
G81460
001290399888 JAN 25 #0000001282 $550.00

### Check 1283
GREGORY SOUMAS AS RECEIVER FOR INTERVES
377 BROADWAY FL 8
NEW YORK NY 10013-3907
01.24.13
Pay to CON EDISON $3,406.10
THREE THOUSAND FOUR HUNDRED SIX
CHASE ◯
43-317-4590-0005-4
003090203627 JAN 29 #0000001283 $3,406.10



January 01, 2013 through January 31, 2013
Primary Account: 000000929289411

 (continued)

ACCOUNT # 000000929289411

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

```
GREGORY SOUMAS AS RECEIVER FOR INTERVES          1284
   377 BROADWAY FL 6
   NEW YORK, NY 10013-3931          01.24.13

_____  $ 989 92
_NINE HUNDRED EIGHTY NINE + 92/100_____

CHASE O
JPMorgan Chase Bank, N.A.

  0543317.4585-0005-4        [signature]
|:021000021|:  929289411"1284"  /000000989 92/
```

003090203745 JAN 29 #0000001284 $989.92

s NEW YORK SPOT INC  Case No. 12-48530 (CEC)
Debtor  Reporting Period: 1/1/13-1/31/13

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | X | |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |