UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re										Chapter 11

    New York Spot, Inc.						Case no.  12-48530

                              Debtor.
----------------------------------------------------------x

## **NOTICE OF WITHDRAWAL**

        PLEASE TAKE NOTICE, that West 22nd LLC hereby withdraws its notice of settlement of its proposed order lifting the automatic stay scheduled for consideration on August 13, 2013 at 12:00 p.m.

Dated: New York, New York
        August 13, 2013

                                      BACKENROTH FRANKEL & KRINSKY, LLP


                        By:   s/Mark Frankel
                              489 Fifth Avenue
                              New York, New York 10017
                              (212) 593-1100