# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*In Re:* New York Spot, Inc.

Chapter 11
Case No. 12-48530-CEC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| West 22nd Street Claim Inc. | 442 West 22nd Street LLC |

Name and Address where notices to Transferee should be sent:

West 22nd Street Claim Inc.
c/o Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, New York 10017
Attention: Douglas J. Pick, Esq.
Phone: (212) 695-6000

Court Claim #: 4
Amount of Claim: $55,493.05
Date Claim Filed: 02/15/2013

Name and Address where Transferee payments should be sent (if different from above):

Same as above

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Pick & Zabicki LLP

Date: August 13, 2013