**HEARING DATE AND TIME: SEPTEMBER 3, 2013 AT 2:00 P.M. (EST)**
**OBJECTION DEADLINE: AUGUST 29, 2013 AT 5:00 P.M. (EST)**

**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
40 Exchange Place
Suite 1306
New York, NY 10005
Tel: (212) 785-3041
Fax: (646) 355-1916
Email: david@carlebachlaw.com

*Proposed Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**In re:**

      **NEW YORK SPOT, INC.**

      **Debtor.**
---------------------------------------------------------x

**Chapter 11**

**Case No. 12-48530 (CEC)**

**NOTICE OF HEARING FOR APPROVAL**
**OF SECOND AMENDED DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that a hearing on the second amended disclosure statement (the "Second Amended Disclosure Statement") under Chapter 11 of the Bankruptcy Code of New York Spot, Inc., the debtor and debtor-in possession (the "Debtor"), with respect to the second amended plan of reorganization ("Second Amended Plan") proposed by the Debtor, to determine whether the Second Amended Disclosure Statement, filed on July 29, 2013, contains adequate information regarding the Debtor's Second Amended Plan for solicitation of the Second Amended Plan to creditors, will be held before the Honorable Carla E. Craig, in Courtroom 3554, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, 11201, on **September 3, 2013 at 2:00 p.m. (EST)** or as soon thereafter as counsel can be heard; and

**PLEASE TAKE FURTHER NOTICE** that if the Second Amended Disclosure Statement is approved, a hearing on confirmation of the Debtor's Second Amended Plan of reorganization, shall be held immediately after the Second Amended Disclosure Statement Hearing on **September 3, 2013 at 2:00 p.m. (EST)**; and

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Second Amended Disclosure Statement shall be in writing, filed with the Clerk of the United States Bankruptcy Court using the Court's Electronic Case Filing system, with a courtesy copy to chambers and served upon the undersigned, no later than **August 29, 2012, at 5:00 p.m. (EST)**; and

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Debtor to receive acceptances or rejections of the Second Amended Plan is on or before **August 29, 2013 at 5:00 p.m. (EST),** using the ballot enclosed herewith, and to be received by the **LAW OFFICES OF DAVID CARLEBACH, ESQ.**, 40 Exchange Place, Suite 1306, New York, New York 10005, counsel for the Debtor; and

**PLEASE TAKE FURTHER NOTICE** that a copy of the Second Amended Disclosure Statement may be obtained from the undersigned upon request.

Dated: New York, New York
   August 19, 2013

          **LAW OFFICES OF DAVID CARLEBACH, ESQ.**
          Attorney for the Debtor


          /s/David Carlebach (DC-7350)
          David Carlebach (DC-7350)
          40 Exchange Place
          New York, New York 10005

(212) 785-3041