## SCHRADER & SCHOENBERG, LLP
ATTORNEYS AT LAW
711 THIRD AVENUE, SUITE 1803
NEW YORK, NEW YORK 10017

(212) 986-4888 • (973) 313-0600
FAX (212) 986-4228

DAVID A. SCHRADER *
BRUCE A. SCHOENBERG *

BENJAMIN SUESS *

* ADMITTED IN N.Y. AND N.J.

August 30, 2013

**BY ECF AND BY
EMAIL TO cec_hearings@nyeb.uscourts.gov**

Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re:   In re New York Spot, Inc.
      United States Bankruptcy Court, E.D.N.Y. (Case No. 12-48530 (CEC))

Dear Judge Craig:

This firm represents Charles Neiss, a creditor in the above-referenced matter. I submit this letter jointly with David Carlebach, Esq., counsel for the Debtor.

As I have previously informed the Court, Mr. Neiss is a resident of the State of Israel and is unable to appear in Court on September 3. During the parties' conference with the Court on August 28, the Court expressed a willingness to adjourn the hearing on the confirmation of the Debtor's Plan and Mr. Neiss's proof of claim in order to allow Mr. Neiss to appear in court.

Accordingly, I respectfully request that the hearing on the confirmation of the Debtor's Plan and Mr. Neiss's proof of claim be adjourned until after the Jewish Holidays of Rosh HaShana (September 5-6), Yom Kippur (September 14) and Sukkot (September 18-25). I am available during the week of September 30-October 4 except for October 3, when I have a deposition scheduled. I am also available October 8-11.

I appreciate the Court's accommodation of Mr. Neiss's schedule.

Respectfully submitted,

Bruce A. Schoenberg

BAS/s