```
                        United States Bankruptcy Court
                         Eastern District of New York
```

In re:                                                            Case No. 12-48530-cec
New York Spot, Inc.                                               Chapter 11
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0207-1          User: acruz              Page 1 of 2              Date Rcvd: Aug 30, 2013
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2013.
8105553     +Barry R. Feerst & Associates,   194 South 8th Street,   Brooklyn, NY 11211-6117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2013**                 **Signature:**        *Joseph Speetjens*

```
District/off: 0207-1          User: acruz                 Page 2 of 2                  Date Rcvd: Aug 30, 2013
                              Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2013 at the address(es) listed below:
          Bruce A Schoenberg   on behalf of Creditor Charles  Neiss bruce@schradschoen.com
          David  Carlebach   on behalf of Debtor   New York Spot, Inc. david@carlebachlaw.com,
          peter@carlebachlaw.com;nora@carlebachlaw.com
          Douglas J Pick   on behalf of Creditor    Faysargol Esshkal, LLC dpick@picklaw.net,
          ezabicki@picklaw.net
          Douglas J Pick   on behalf of Creditor    N.C. Caller P.C. dpick@picklaw.net,   ezabicki@picklaw.net
          Douglas J Pick   on behalf of Creditor    Tessler Aron dpick@picklaw.net,   ezabicki@picklaw.net
          Douglas J Pick   on behalf of Creditor    West 22nd Street Claim Inc. dpick@picklaw.net,
          ezabicki@picklaw.net
          Douglas J Pick   on behalf of Creditor    Landlord Services 1 LLC dpick@picklaw.net,
          ezabicki@picklaw.net
          Douglas J Pick   on behalf of Creditor Charles  Neiss dpick@picklaw.net,   ezabicki@picklaw.net
          Douglas J Pick   on behalf of Creditor Bayis  Neeman dpick@picklaw.net,   ezabicki@picklaw.net
          J Ted Donovan   on behalf of Debtor   New York Spot, Inc. Tdonovan@gwfglaw.com,
          jstrauss@gwfglaw.com
          Kevin J Nash   on behalf of Debtor   New York Spot, Inc. KNash@gwfglaw.com,   jstrauss@gwfglaw.com
          Mark  Frankel   on behalf of Creditor    West 22nd, LLC mfrankel@bfklaw.com,
          mark_frankel@yahoo.com;frankel.mark@gmail.com
          United States Trustee   USTPRegion02.BR.ECF@usdoj.gov
                                                                                               TOTAL: 13

# United States Bankruptcy Court

Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY  11201-1800

IN RE:

New York Spot, Inc.
3317 Avenue N
Brooklyn NY 11234

SSN/TAX ID:

DEBTOR(s)

CASE NO: 1-12-48530-cec

CHAPTER: 11

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/29/2013.

Name and Address of Alleged Transferor(s):

Claim No. 11: Barry R. Feerst & Associates, 194 South 8th Street, Brooklyn, NY 11211

Name and Address of Transferee:

Double Mermaid Capital Inc.
2926 Avenue L
Second Floor
Brooklyn, New York 11210

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/01/13

Robert A. Gavin, Jr.
**CLERK OF THE COURT**