```
                       United States Bankruptcy Court
                        Eastern District of New York
```

In re:                                                        Case No. 12-48530-cec
New York Spot, Inc.                                           Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1           User: mrodrique            Page 1 of 1           Date Rcvd: Sep 17, 2013
                               Form ID: 295               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2013.
db             +New York Spot, Inc.,    3317 Avenue N,    Brooklyn, NY 11234-2605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2013                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2013 at the address(es) listed below:
              Bruce A Schoenberg    on behalf of Creditor Charles   Neiss bruce@schradschoen.com
              David  Carlebach    on behalf of Debtor   New York Spot, Inc. david@carlebachlaw.com,
               peter@carlebachlaw.com;nora@carlebachlaw.com
              Douglas J Pick    on behalf of Creditor    Faysargol Esshkal, LLC dpick@picklaw.net,
               ezabicki@picklaw.net
              Douglas J Pick    on behalf of Creditor    N.C. Caller P.C. dpick@picklaw.net,   ezabicki@picklaw.net
              Douglas J Pick    on behalf of Creditor    Tessler Aron dpick@picklaw.net,   ezabicki@picklaw.net
              Douglas J Pick    on behalf of Creditor    West 22nd Street Claim Inc. dpick@picklaw.net,
               ezabicki@picklaw.net
              Douglas J Pick    on behalf of Creditor    Landlord Services 1 LLC dpick@picklaw.net,
               ezabicki@picklaw.net
              Douglas J Pick    on behalf of Creditor Charles  Neiss dpick@picklaw.net,   ezabicki@picklaw.net
              Douglas J Pick    on behalf of Creditor Bayis   Neeman dpick@picklaw.net,   ezabicki@picklaw.net
              J Ted Donovan    on behalf of Debtor    New York Spot, Inc. Tdonovan@gwfglaw.com,
               jstrauss@gwfglaw.com
              Kevin J Nash    on behalf of Debtor   New York Spot, Inc. KNash@gwfglaw.com,   jstrauss@gwfglaw.com
              Mark  Frankel    on behalf of Creditor    West 22nd, LLC mfrankel@bfklaw.com,
               mark_frankel@yahoo.com;frankel.mark@gmail.com
              Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 13

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−12−48530−cec |
| New York Spot, Inc. | |
| SSN/TAX ID: | CHAPTER: 11 |
| 90−0744706 | |
| DEBTOR(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on September 3, 2013 was filed on September 14. 2013 .

The following deadlines apply:

The parties have until September 23, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is October 7, 2013.

If a Transcript Redaction Request is filed, the redacted transcript is due October 15, 2013.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 13, 2013 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber VTranz – (800) 257−0885 or you may view the document at the public terminal at the Office of the Clerk.

Dated: September 17, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]