# LAW OFFICES OF DAVID CARLEBACH, ESQ.
40 Exchange Place
New York, New York 10005

(212) 785-3041
www.carlebachlaw.com
----

David Carlebach                    Direct Dial: (347) 329-1241                    email: david@carlebachlaw.com

December 26, 2013

**VIA ECF AND ELECTRONIC MAIL:**
cec_hearings@nyeb.uscourts.gov

To the Honorable Carla E. Craig
United States Bankruptcy Court,
Eastern District of New York
271 Cadman Plaza East
Courtroom: 3529
Brooklyn, NY 11201

> *Re:*    *New York Spot, Inc. - Ch. 11 Case No. 12-48530-cec*
> ----------------------------------------------------------------
> *West 22nd LLC Notice of Settlement of Proposed Order confirming*
> *Chapter 11 Plan (Dkt. No. 105), Scheduled for Presentment on*
> *December 26, 2013 at 12:00 Noon (the "Settlement Date").*

Dear Judge Craig:

This letter is requesting an extension of the above referenced Settlement Date to December 30, 2013, at 12:00 noon.

The reason for the need of the extension is that counsel is on vacation this week.

Respectfully,

Nora E. Morales
Paralegal

TO:

Mark Frankel, Esq.
frankel.mark@gmail.com

Bruce Shoenberg, Esq.
bruce@schradschoen.com