**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Charles Neiss*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

NEW YORK SPOT, INC.,

                              Debtor.
---------------------------------------------------------x

Chapter 11

Case No.: 12-48530

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

        Cliff Roca, being duly sworn, deposes and says:

    1.    I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Somerset, State of New Jersey.

    2.    On May 9, 2014, I caused true and correct copies of the following documents to be served upon all parties set forth on the service list attached hereto, via First Class Mail, by enclosing each document in properly addressed, prepaid envelopes, and causing the same to be deposited into a designated depository maintained by the United States Postal Service:

- **Notice of Hearing on Objection of Charles Neiss to Proposed Distribution of Sale Proceeds to West 22nd LLC**
- **Objection of Charles Neiss to Proposed Distribution of Sale Proceeds to West 22nd LLC**

/s/ Cliff Roca_____
Cliff Roca

Sworn to before me on this
12th day of May, 2014

/s/  Elizabeth Ellen Zaikowski_____
Notary Public

Elizabeth Ellen Zaikowski
Notary Public, State of New York
No. 01ZA618127
Qualified in Suffolk County
Commission Expires January 28, 2016

## Service List

David Carlebach
The Carlebach Law Group
55 Broadway
Suite 1902
New York, NY 10006

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

J Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Kevin J Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Mark A. Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
489 Fifth Avenue
28th Floor
New York, NY 10017

West 22nd Street Claim Inc.
c/o Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY  10017
Attn:  Douglas J. Pick, Esq.

New York Spot, Inc.
3317 Avenue N
Brooklyn, NY 11234-2605